# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Shane Sligar, )<br>)<br>　　　　Plaintiff, )<br>)<br>vs. )<br>)<br>DCT Energy Services, LLC, and Petro )<br>Harvester Operating Company, LLC, )<br>)<br>　　　　Defendants. ) | **ORDER FOR STATUS CONFERENCE**<br><br><br><br>Case No. 1:20-cv-058 |

The court shall hold a status conference with the parties by telephone on April 8, 2021, at 9:00 AM. To participate in the conference, the parties shall call (877) 810-9415 and enter access code 8992581.

**IT IS SO ORDERED.**

Dated this 10th day of November, 2020.

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Clare R. Hochhalter*
　　　　　　　　　　　　　　　　　　　　　　　Clare R. Hochhalter, Magistrate Judge
　　　　　　　　　　　　　　　　　　　　　　　United States District Court