IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Shane Sligar, ) | |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| DCT Energy Services, LLC; Petro ) | |
| Harvester Operating Company, LLC; ) | |
| Emergency Site Protection, LLC; D&J ) | |
| Properties, LLC d/b/a D&J Consulting; ) | |
| Ben Tohm; Wombat Consulting, Inc..; ) | Case No. 1:20-cr-058 |
| and Nathan Weathers, ) | |
| ) | |
| Defendants. ) | |

On April 8, 2021, the Court held a status conference with the parties. (Doc. No. 23). Thereafter, the court rescheduled the final pretrial conference and trial for May 24, 2022, and June 6, 2022, respectively. (Doc. No. 22). The court also stayed all pretrial deadlines pending the parties' submission of a revised stipulated scheduling and discovery plan by June 8, 2021, for the court's consideration. (Id.).

On May 27, 2021, the parties filed a stipulation to allow plaintiff to file an amended complaint adding additional defendants. (Doc. No. 24). On May 28, 2021, the court adopted the stipulation and authorized plaintiff to file an amended complaint adding Emergency Site Protection, LLC, D&J Properties, LLC d/b/a D&J Consulting, Ben Tohm, Wombat Consulting, Inc., and Nathan Weathers as additional defendants. (Doc. No. 25). That same day plaintiff filed an amended complaint (Doc. No. 26).

Defendants Emergency Site Protection, LLC, Wombat Consulting, Inc, and Nathan Weather have yet to file answers or otherwise respond to plaintiffs' amended complaint. The court finds it

necessary under these circumstances to afford the parties additional time to prepare and submit their revised stipulated scheduling and discovery plan. Accordingly, the court, on its own motion, **GRANTS** the parties an extension. The parties' deadline for submitting a revised stipulated scheduling and discovery plan shall be extended until July 12, 2021. The parties should email their revised scheduling and discovery plan to the court at ndd_J-Hochhalter@ndd.uscourts.gov.

**IT IS SO ORDERED.**

Dated this 11th day of June, 2021.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court