# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Shane Sligar, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| DCT Energy Services, LLC; Petro Harvester Operating Company, LLC; Emergency Site Protection, LLC; D&J Properties, LLC d/b/a D&J Consulting; Ben Tohm; Wombat Consulting, Inc..; and Nathan Weathers, | ) ) ) ) ) ) ) | Case No. 1:20-cv-058 |
| Defendants. | ) | |

On June 11, 2021, the court issued an order directing the parties to submit a revised stipulated scheduling and discovery plan by July 12, 2021. (Doc. No. 29). The court shall extend this deadline. Accordingly, it **ORDERS** that the parties shall have until July 23, 2021, to submit their revised stipulated scheduling and discovery plan. The parties should email their revised scheduling and discovery plan to the court at ndd_J-Hochhalter@ndd.uscourts.gov.

Dated this 9th day of July, 2021.

                                                        */s/ Clare R. Hochhalter*
                                                        Clare R. Hochhalter, Magistrate Judge
                                                        United States District Court