# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Shane Sligar, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER FOR MID-DISCOVERY** |
| | ) | **STATUS CONFERENCE** |
| vs. | ) | |
| | ) | |
| DCT Energy Services, LLC; Petro Harvester Operating Company, LLC; Emergency Site Protection, LLC; D&J Properties, LLC d/b/a D&J Consulting; Ben Tohm; Wombat Consulting, Inc.; and Nathan Weathers, | ) ) ) ) ) ) | Case No. 1:20-cv-058 |
| | ) | |
| Defendants. | ) | |

A mid-discovery status conference will be held before the magistrate judge on October 20, 2021, at 9:00 a.m. The conference will be conducted via telephone conference. To participate in the conference, counsel shall call the following number and enter the following access code:

Tel. No.: (877) 810-9415

Access Code: 8992581

Parties are advised that telephone conferences may be electronically recorded for the convenience of the Court.

**IT IS SO ORDERED.**

Dated this 26th day of July, 2021.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court