IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Shane Sligar, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER EXTENDING PRETRIAL** |
| | ) | **DEADLINES AND SCHEDULING** |
| vs. | ) | **STATUS CONFERENCE** |
| | ) | |
| DCT Energy Services, LLC; Petro Harvester Operating Company, LLC; Emergency Site Protection, LLC; D&J Properties, LLC d/b/a D&J Consulting; Ben Tohm; Wombat Consulting, Inc.; and Nathan Weathers, | ) ) ) ) ) ) | Case No. 1:20-cv-058 |
| | ) | |
| Defendants. | ) | |

The court held a mid-discovery status conference with the parties by telephone on October 20, 2021. Pursuant the parties' discussions, the court shall modify the pretrial deadlines as follows:

1. The parties shall have until February 1, 2022, to complete fact discovery and to file discovery motions.

2. The parties shall provide names of expert witnesses and complete reports under Rule 26(a)(2) as follows:

    a. Plaintiff's expert disclosures are due by March 1, 2022; and

    b. Defendants' expert disclosures are due by April 1, 2022.

Treating physicians need not prepare reports, only qualifications, unless they will express opinions not reflected in the medical records. Reports will be served on other parties, but not filed with the court.

Additionally, the court shall schedule a status conference with the parties by telephone on December 17, 2021, at 11:00 AM. To participate in this conference, the parties shall call the following number

1

and enter the following access code:

    Tel. No.: (877) 810-9415

    Access Code: 8992581

The parties are advised that telephone conferences may be electronically recorded for the convenience of the court.

    **IT IS SO ORDERED.**

    Dated this 20th day of October, 2021.

                                     /s/ Clare R. Hochhalter
                                     Clare R. Hochhalter, Magistrate Judge
                                     United States District Court